# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| TERRY MONSON, derivatively on behalf of ASSOCIATED ESTATES REALTY CORP. and individually on behalf of himself and all other similarly situated shareholders of ASSOCIATED ESTATES REALTY CORP., <br><br> Plaintiff, <br><br> vs. <br><br> JEFFREY I. FRIEDMAN, ALBERT T. ADAMS, MICHAEL E. GIBBONS, MARK L. MILSTEIN, JAMES J. SANFILIPPO, JAMES A. SCHOFF, RICHARD T. SCHWARZ, and JAMES M. DELANEY, <br><br> Defendants, <br><br> -and- <br><br> ASSOCIATED ESTATES REALTY CORP., an Ohio Corporation, <br><br> Nominal Defendant. | Case No. 1:14-cv-01477 <br><br> Judge Patricia A. Gaughan |

## DECLARATION OF JAMES D. WILSON IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

I, JAMES D. WILSON, declare as follows:

1. I am a partner of the law firm James D. Wilson, LLC, which, along with Levi & Korsinsky LLP is counsel for Plaintiff Terry Monson ("Plaintiff") in the above-captioned action (the "Action"). I have personal knowledge of the matters stated herein based on my active participation in all material aspects of the prosecution of this Action. If called upon, I could and would competently testify that the following facts are true and correct.

2. I make this declaration in support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement.

3. Attached hereto as Exhibit "1" is a true and correct copy of the Stipulation of Settlement dated October 3, 2014. Attached to the Stipulation of Settlement as Exhibits A through D are true and correct copies of:

| | |
|---|---|
| Exhibit A: | [Proposed] Preliminary Approval Order |
| Exhibit B: | Notice of Proposed Settlement of Derivative and Class Action |
| Exhibit C: | Summary Notice of Proposed Settlement of Derivative and Class Action |
| Exhibit D: | [Proposed] Final Judgment and Order of Dismissal with Prejudice |

4. Attached hereto as Exhibit "2" is a true and correct copy of Levi & Korsinsky LLP's firm resume.

5. Attached collectively hereto as Exhibit "3" are true and correct copies of the preliminary approval orders entered in *Edwards v. Benson*, No. 2:13-cv-00330-BSJ (D. Utah May 19, 2014) (D.I. 58), *St. Louis Police Retirement System v. Severson*, No. 4:12-cv-05086-

1

YGR (N.D. Cal. April 15, 2014) (D.I. 104), and *Phillips v. Cross*, No. 1:13-cv-00948-RGA (D. Del. Oct. 22, 2013) (D.I. 16).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of October, 2014.

*[signature]*

James D. Wilson

4834-2152-0415, v. 1