UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| TERRY MONSON, derivatively on behalf of ASSOCIATED ESTATES REALTY CORP. and individually on behalf of himself and all other similarly situated shareholders of ASSOCIATED ESTATES REALTY CORP., <br><br>       Plaintiff, <br><br>    vs. <br><br>JEFFREY I. FRIEDMAN, ALBERT T. ADAMS, MICHAEL E. GIBBONS, MARK L. MILSTEIN, JAMES J. SANFILIPPO, JAMES A. SCHOFF, RICHARD T. SCHWARZ, and JAMES M. DELANEY, <br><br>       Defendants, <br><br>    -and- <br><br>ASSOCIATED ESTATES REALTY CORP., an Ohio Corporation, <br><br>       Nominal Defendant. | Case No. 1:14-cv-01477 <br><br> Judge Patricia A. Gaughan |

**MOTION FOR ADMISSION PRO HAC VICE FOR ADAM M. APTON**

Plaintiff Terry Monson, by and through his undersigned counsel, hereby moves this Court, pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, for the admission *pro hac vice* of Adam M. Apton, so that he may appear and participate in this case. The reasons supporting this Motion are more fully set forth in the attached Affidavit of Adam M. Apton, which is incorporated herein by reference.

As established by the attached Affidavit, Adam M. Apton (New York Bar Reg. No. 4759841); District of Columbia Bar Reg. No. 1017720) is a member in good standing of the courts to which he is admitted.  Further, Adam M. Apton agrees to be bound by the Local Rules of this District and Orders of Court.

Based on the foregoing, counsel for Plaintiff respectfully requests that this Court enter an Order granting the admission *pro hac vice* of Adam M. Apton.

Dated: October 9, 2014                              Respectfully submitted,

                                                     JAMES D. WILSON LLC

                                                   /s/ *James D. Wilson*
                                                   James D. Wilson (Reg. No. 0041592)
                                                   Rochelle L. Paley (Reg. No. 0042697)
                                                   Aanchal Soni (Reg No. 0086334)
                                                   29225 Chagrin Blvd., Suite 350
                                                   Cleveland, Ohio 44122
                                                   (216) 342-4138; Fax: (216) 342-4288
                                                   jwilson@wilsonlawyers.com
                                                   rpaley@wilsonlawyers.com
                                                   asoni@wilsonlawyers.com

                                                 *Attorneys for Plaintiff*

Of Counsel:

Nicholas I. Porritt, Esq.
Adam M. Apton, Esq.
LEVI & KORSINSKY, LLP
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
T: (202) 524-4290
F: (202) 333-2121

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 9, 2014, copies of the foregoing Motion for Admission *Pro Hac Vice* for Adam M. Apton was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

/s/ *James D. Wilson*
James D. Wilson (Reg. No. 0041592)
29225 Chagrin Blvd., Suite 350
Cleveland, Ohio 44122
(216) 342-4138; Fax: (216) 342-4288
jwilson@wilsonlawyers.com

*Attorney for Plaintiff*